UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DYNELL EL TRIBE WRIGHT,

        Plaintiff,                  CASE NUMBER: 14-14783
                                                HONORABLE VICTORIA A. ROBERTS

v.

CAPITAL ONE AUTO FINANCE, et al.,

        Defendants.

_____/

## ORDER

On December 18, 2014, Dynell El Tribe Wright filed a *pro se* Complaint against: (1) Capital One Auto Finance, and (2) Dave Lawson, DBA Capital One Auto Finance. Wright's claims include violations of the Vienna Convention on Diplomatic [Relations] 10(a) and multiple sections of United States Code causing Wright to overpay the Defendant "in the amount of $2,778.89 as well as negative information being reported to the credit bureaus." Wright also alleges that Defendants have agreed to pay Wright $3,500,000.00 in charges for use of his name and intellectual property for unlawful gain. Wright requests to proceed *in forma pauperis*.

Wright's Complaint is **DISMISSED** as frivolous, and his request to proceed *in forma pauperis* is **GRANTED**.

Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court shall dismiss an action filed *in forma pauperis* at anytime if the Court finds that it is factually frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from suit. Factual frivolousness includes allegations that are "clearly baseless," "fantastic," or "delusional." *See Neitzke v. Williams*, 490 U.S. 319,

327-28 (1989). Further, *Neitzke* explains that, "a complaint. . . is frivolous where it lacks an arguable basis either in law or in fact. . . [and] when applied to a complaint, embraces not only the inarguable legal conclusion, but also the fanciful factual allegation." *Id.* at 325.

Wright's complaint is frivolous in that it alleges violations of laws that provide no claims for relief for his issues and facts that seek fantastical amounts of damages. Wright's Complaint states that Defendants have "already agreed to pay plaintiff $3,500,000.00 in charges" as well as protection under the Vienna Convention on Diplomatic Relations and several sections of United States Code that have no relation to his claims for relief.

The Court finds Wright's Complaint frivolous pursuant to Section 1915(e), as it is fantastic, delusional, and clearly baseless.

Wright's Complaint is **DISMISSED.**  Wright's request to proceed *in forma pauperis* is **GRANTED**.

**IT IS ORDERED**.

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  January 23, 2015

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 23, 2015.

s/Carol A. Pinegar
Deputy Clerk

2